CSD 1173 Page 1 [12/01/23]
Name, Address, Telephone No. & I.D. No.

**Dane Exnowski, SBN 281996**
**McCalla Raymer Leibert Pierce, LLP**
**301 E. Ocean Boulevard, Suite 1720**
**Long Beach, CA 90802**
**Telephone: 562-661-5060**
**Fax: 312-803-9663**
**Dane.Exnowski@mccalla.com**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Klara Gianna Gallusz,**

Debtor.

Bankruptcy No. **25-01678-JBM13**

# NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO:    **THE DEBTOR, THE TRUSTEE, AND OTHER INTERESTED PARTIES**

**YOU ARE HEREBY NOTIFIED** that on **July 15, 2025**, at **10:00 a.m.**, in Department #**2, Room 118**, of the Jacob Weinberger United States Courthouse, located at Jacob Weinburger U.S. Courthouse, 325 W. F St., San Diego, California 92101, there will be a hearing regarding the attached Objection to Confirmation of the Debtor has Chapter 13 Plan filed by **LPP MORTGAGE,INC. F/K/A LPP MORTGAGE LTD**

Any reply or other response to this objection must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at Jacob Weinburger U.S. Courthouse, 325 W. F St., San Diego, California 92101, NO LATER THAN FOURTEEN (14) DAYS FROM DATE OF SERVICE.

Dated: June 12, 2025

Respectfully Submitted,
McCalla Raymer Leibert Pierce, LLP

By:    /s/Dane Exnowski

Attorney for Objecting Party

**THIS NOTICE MUST BE ACCOMPANIED BY YOUR WRITTEN OBJECTION TO THE CHAPTER 13 PLAN PURSUANT TO LOCAL BANKRUPTCY RULE 3015-5**

NtcObj_CAS_V01 7879-N-7477
CSD 1173

CSD 1173 Page 1 [12/01/23]
Name, Address, Telephone No. & I.D. No.

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:
That I am, and at all relevant times was, more than 18 years of age;

That on **12th** day of **June**, <u>**2025**</u>, I served a true copy of this, NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN:

1. To Be Served by the Court via Notice of Electronic Filing ("NEF")

   Under controlling Location Bankruptcy Rule(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On May 30, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Attorney for Debtor, if required:
☐

☐ For Chpt. 11 & 12 cases:
UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail:**

   On May 30, 2025, I *~~served~~ the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by ~~placing accurate copies in a sealed envelope in the~~ United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

   *caused to be served

   <u>DEBTOR</u>
   **Klara Gianna Gallusz, PRO SE**
   3639 Midway Drive
   San Diego, CA 92110

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

   Under Fed.R.Cov.P.5 and controlling LBR, on <u>n/a</u>, I served the following person(s)

NtcObj_CAS_V01 7879-N-7477
CSD 1173


**CSD 1173 Page 1** [12/01/23]
Name, Address, Telephone No. & I.D. No.

and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  June 12, 2025    */s / Mayra Ladouceur*
Mayra Ladouceur
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA  90802