Michael Koch, Trustee State Bar No. 131892
402 West Broadway, Suite 1450
San Diego, CA 92101-8544
Telephone (619) 338-4006
Facsimile (619) 239-5242

**CHAPTER 13 TRUSTEE**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No. 25-01678-JBM13 |
| --- | --- | --- |
| | ) | Chapter 13 Case |
| KLARA GIANNA GALLUSZ | ) | DATE:   July 29, 2025 |
| | ) | TIME:    10:00 AM |
| | ) | JUDGE:  HON. J BARRETT MARUM |
| | ) | DEPT:    2 |
| | ) | |
| | ) | TRUSTEE'S STATEMENT OF CASE STATUS |
| Debtor. | ) | |

This Statement of Case Status is filed with the Court in respect to LPP MORTGAGE, INC. F/K/A LPP MORTGAGE LTD's Objection to Confirmation (Dk. #31). The First Meeting of Creditors has not yet been concluded. The Trustee has not completed review of the case and will be interviewing Debtor at the continued 341(a) scheduled for July 25, 2025 at 1:30 p.m.

Respectfully Submitted;

Date:  July 7, 2025                     /s/ Michael Koch
                                        Chapter 13 Trustee

1

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen and am not a party to the within action. My business address is: Michael Koch, Chapter 13 Trustee, 402 West Broadway, Suite 1450, San Diego, CA 92101.

Today, I served the following document described as:

## TRUSTEE'S STATEMENT OF CASE STATUS

on the parties listed below by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, CA addressed as follows:

DEBTOR (PRO PER)
**Klara Gianna Gallusz**
3639 Midway Drive
408
San Diego, CA 92110

**Klara Gianna Gallusz**
3639 Midway Drive, Unit 408
San Diego, CA 92110

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 7, 2025
         San Diego, CA                         /s/ Sunao Tashima
                                                Sunao Tashima for
                                                Michael Koch.
                                                Chapter 13 Trustee

2